O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE DESIGN FZ, LLC, organized under the laws of United Arab Emirates; GEORGE V. RECORDS, SARL, organized under the laws of France,<br><br>                    Plaintiffs,<br>     v.<br><br>JASON BROWN, an individual; and DOES 1–10, inclusive,<br><br>                    Defendants. | Case No. 2:11-cv-08876-ODW (RZx)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' RENEWED MOTION FOR DEFAULT JUDGMENT [24]** |

     Pending before the Court is Plaintiffs Creative Design FZ, LLC and Geroge V. Records, SARL's ("Plaintiffs") Motion for Default Judgment against Defendant Jason Brown ("Defendant"). (Dkt. No. 24.) Having carefully considered the papers filed in support of and in opposition to the instant Motion, the Court deems the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78; C. D. Cal. L.R. 7-15. For the reasons discussed below, Plaintiffs' Motion is **GRANTED IN PART AND DENIED IN PART**.

     The Clerk entered default against Defendant on January 24, 2012, and Plaintiff correctly asserts that Default Judgment by the Court against Defendant is now warranted. Having carefully considered Plaintiff's motion papers, pleadings, and

supporting affidavits in light of the seven factors enumerated in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986), the Court finds sufficient evidence as to liability and damages. Accordingly, Plaintiff's Motion is **GRANTED** as to liability. Because Plaintiff has shown that he is entitled to judgment on his claim for trademark infringement, the Court likewise **GRANTS** Plaintiff's request for injunctive relief pursuant to 15 U.S.C. § 1116(a) and for an order directing the United States Patent and Trademark Office cancelling Defendant's "Little Buddah" trademark bearing Serial No. 77824318.

As for Plaintiffs' request for attorney's fees, the Court provided clear instructions in its March 2, 2012 Order denying Plaintiffs' motion for default judgment, that Plaintiffs must provide evidence supporting any claimed attorney's fees and costs. (Dkt. No. 23, at 2.) Nevertheless, Plaintiffs submit bills with their instant Motion for Default Judgment proving only $5,550.00 of Plaintiffs' claimed $6,500.00 in attorney's fees and submits no evidence of its claimed $950.00 in costs. (Dkt. No. 24-2.) Accordingly, the Court **DENIES** Plaintiffs' request for costs and **GRANTS** Plaintiffs' request for attorney's fees in the amount of $5,550.00.

For the reasons discussed above, Plaintiffs' Motion for Default Judgment is **GRANTED** as to liability, injunctive relief, and attorney's fees in the amount of $5,550.00. Plaintiffs' Motion is **DENIED** as to costs. Plaintiffs are hereby **ORDERED** to file a proposed judgment in accordance with this Order within seven (7) days.

**IT IS SO ORDERED.**

March 29, 2012

_____
   **HON. OTIS D. WRIGHT II**
   **UNITED STATES DISTRICT JUDGE**